Reference Chronology of Previous Relevant Litigation

| Case | Court | Date of Final Order | Short Citation | Note |
|---|---|---|---|---|
| *United States v. Rio Grande Dam & Irr. Co.* | New Mexico Third Judicial District Court | May 24, 1897[1] | | |
| *United States v. Rio Grande Dam & Irr. Co.*, 1898-NMSC-001, 9 N.M. 292 (1898) | New Mexico Territorial Supreme Court | January 5, 1898 | | |
| *United States v. Rio Grande Dam & Irrigation* Co., 174 U.S. 690 (1899) | U.S. Supreme Court | May 22, 1899 | *Rio Grande I* | Reversed and Remanded proceedings below |
| *United States v. Rio Grande Dam & Irr. Co.* | New Mexico Third Judicial District Court | January 9, 1900 | | |
| *United States v. Rio Grande Dam & Irr. Co.*, 1900-NMSC-042, ¶ 1, 10 N.M. 617 (1900) | New Mexico Territorial Supreme Court | August 24, 1900 | | |
| *United States v. Rio Grande Dam & Irrigation Co*, 184 U.S. 416 (1902) | U.S. Supreme Court | March 3, 1902 | *Rio Grande II* | Reversed and Remanded proceedings below |
| *United States v. Rio Grande Dam & Irr. Co.* | New Mexico Third Judicial District Court | May 21, 1903 | | Forfeiture Decision |
| *United States v. Rio Grande Dam & Irr. Co.*, 1906-NMSC- | New Mexico Territorial Supreme Court | March 2, 1906 | | Forfeiture Affirmed |

[1] Copies of the New Mexico District Court decisions leading to *Rio Grande I* and *II* are not available. However, the New Mexico Territorial Supreme Court decision in 1900 indicates that the original bill of complaint was filed on May 24, 1897 in the Third Judicial District of New Mexico. *See United States v. Rio Grande Dam & Irr. Co*., 1900-NMSC-042, ¶ 1, 10 N.M. 617 (1900). It further indicates that the Third Judicial District's decision on remand was entered on January 9, 1900. *Id.*

| | | | | |
|---|---|---|---|---|
| 013, 13 N.M. 386 (1906) | | | | |
| *Rio Grande Dam & Irrigation Co v. U.S.*, 215 U.S. 266 (1909) | U.S. Supreme Court | December 13, 1909 | *Rio Grande III* | Forfeiture Affirmed |
| *James Scott Boyd v. United States of America* | Court of Federal Claims | ~1989[2] | | Voluntarily Dismissed by Plaintiff |
| *James Scott Boyd v. United States of America*, 1:93cv396 | Court of Federal Claims | August 30, 1995 | | Dismissed |
| *James Scott Boyd v. United States of America*, 5:93cv60290 | Eastern District of Michigan | February 28, 1995 | | Dismissed for Failure to Prosecute |
| *James Scott Boyd v. United States of America*, 1:96cv476 | Court of Federal Claims | April 21, 1997 | | Dismissed on Statute of Limitations Grounds |
| *United States v. Elephant Butte Irrigation Dist.*, No. CV 97-803 JP/RLP, 2000 WL 36739525 (D.N.M. Aug. 22, 2000) | U.S. District Court for the District of New Mexico | August 22, 2000 | *U.S. QTA Case* | Boyd's Motion to Intervene Dismissed as Moot |
| *Lower Rio Grande Adjudication, Claims of the Estate of Nathan Boyd;* RN 97-2413 | New Mexico Third Judicial District Court | February 24, 2012 | | Order Dismissing Boyd's Claims to Water Rights Derivative of the Company |
| *United States v. Elephant Butte Irrigation Dist.*, No. 97 CV 0803 | U.S. District Court for the District of New Mexico | October 20, 2014 | *U.S. QTA Case* | Boyd's Renewed Motion to Intervene and |

[2] The docket for the 1989 case is not available in online databases. However, it is described in the 1997 decision as voluntary dismissal "during the course of that suit." *See Boyd v. United States*, 1997 U.S. Claims LEXIS 345, *7.

| | | | | |
|---|---|---|---|---|
| JAP/RPL, 2014 WL 12783175, at *1 (D.N.M. Oct. 20, 2014), *aff'd sub nom. United States v. New Mexico ex rel. State Eng'r*, 624 F. App'x 671 (10th Cir. 2015) | | | | Lift Stay in U.S. QTA Case Denied |
| *Boyd Est. ex rel. Boyd v. United States*, 2015-NMCA-018, ¶ 1, 344 P.3d 1013, 1014 | New Mexico Court of Appeals | October 15, 2014 | | Affirming Dismissal of Boyd's Water Right Claims. |
| *Lower Rio Grande Adjudication, Stream System Issue No. 97-107 (Pre-Project Interests)* | New Mexico Third Judicial District | February 2, 2017 | | Order Striking Boyd's Notice of Intent to Participate. Reconsideration denied April 8, 2025. |
| *Texas v. New Mexico,* Supreme Court No. 141, Original. | U.S. Supreme Court | December 3, 2019 | | Report of the Special Master Recommending Denial of Boyd's Motion to Intervene. |
| *Lower Rio Grande Adjudication, Stream System Issue No. 97-104 (Interest of the United States)* | New Mexico Third Judicial District Court | April 8, 2025 | | Order Approving a Water Right for the United States for the Rio Grande Project. Boyd's participation dismissed by 2017 Order. |